# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# EASTERN DIVISION

JOSHUA CUMMINGS                                                                                    PLAINTIFF

V.                                          2:17CV00193-JLH-JTK

MIKE BACHARD, et al.                                                                           DEFENDANTS

## JUDGMENT

Pursuant to the Order entered in this matter on this date, it is Considered, Ordered and Adjudged that this case is DISMISSED with prejudice for failure to state a claim upon which relief may be granted.

The Court certifies that an *in forma pauperis* appeal from this Judgment and accompanying Order dismissing this action would not be taken in good faith pursuant to 28 U.S.C. § 1915(a)(3).

IT IS SO ADJUDGED this 26th day of January, 2018.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE

1